UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DESHANA RENEE BARNER,

    Petitioner(s),

v.

CENTENNIAL HILLS HOSPITAL, et al.,

    Defendant(s).

Case No. 2:24-cv-02309-JAD-NJK

**Order**

Plaintiff is proceeding in this action *pro se* and submitted a complaint. Docket No. 1-2. Plaintiff has not, however, paid the required filing fee or requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. To proceed with this case, Plaintiff must either pay the filing fee or file an application to proceed *in forma pauperis*.

Accordingly, **IT IS ORDERED:**

1. Plaintiff must either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a complete application to proceed *in forma pauperis*.

2. The Clerk of the Court shall send Plaintiff the short form application to proceed *in forma pauperis* by a non-prisoner.

3. Plaintiff must comply with this order no later than January 10, 2025. Failure to comply will result in a recommendation to the District Judge that this case be dismissed.

IT IS SO ORDERED.

Dated: December 13, 2024

                                                                                  Nancy J. Koppe
United States Magistrate Judge